**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARK E PONDER SR** **PLAINTIFF**

**VS.** **CASE NO. 3:26-CV-00300-JM**

**ERWIN KEITH et al** **DEFENDANTS**

# ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 2nd day of November, 2026.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By: J. Kornegay
Deputy Clerk